LS&R No.: 200734046
Loan No.: 0004930216

**200708220147995**
Pgs: 2  $32.00   T20070057391
08/22/2007 12:38PM MEPLERNER SAM
Robert G. Montgomery
Franklin County Recorder

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, **Mortgage Electronic Registration Systems, Inc.**, whose address is PO Box 7814, Ocala, FL 34478, does hereby sell, assign, transfer and set over unto **Wachovia Bank, N.A.**, whose address is 1100 Corporate Center Drive Building A4, Raleigh, NC 27607, a certain mortgage from Timothy A Skaggs, husband and wife, Carla J. Skaggs to Mortgage Electronic Registration Systems, Inc., dated January 29, 2004, recorded March 12, 2004, in Volume Instrument No. 200403120054272, in the office of the Franklin County Recorder, together with the Promissory Note secured thereby and referred to therein; and all sums of money due and to become due thereon, and secured by the following real estate:

### LEGAL DESCRIPTION:

SITUATED IN THE STATE OF OHIO, COUNTY OF FRANKLIN, TOWNSHIP OF MADISON AND DESCRIBED AS FOLLOWS;
BEING LOT NUMBER 237 OF QUALSTON EAST, AS THE SAME IS NUMERED AND DELINEATED UPON THE RECORDED PLAT OF RECORD IN PLAT BOOK 38, PAGES 1-8, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO.
BEING THE SAME PROPERTY CONVEYED TO TIMOTHY ALLEN SKAGGS, MARRIED BY DEED DATED JANUARY 29, 2004, OF RECORD IN DEED BOOK_____, PAGE_____, IN THE OFFICE AFORESAID.
FURTHER SOURCE OF TITLE:
BEING THE SAME PROPERTY CONVEYED TO CARLA J. SKAGGS, MARRIED BY DEED DATED MAY 9, 1994, OF RECORD IN VOLUME OR26407, PAGE E15, IN THE OFFICE AFORESAID.
PARCEL ID: 180-004426-00

PROPERTY ADDRESS: 3140 PORTMAN ROAD, COLUMBUS, OH  43232

IN WITNESS WHEREOF, Mortgage Electronic Registration Systems, Inc. has set its hand this ____16____day of ___August_____, 2007.

Mortgage Electronic Registration Systems, Inc.

By:_____
*Printed Name  Bethany Hoal
*Title  VP

STATE OF _____MN_____
                              SS.
COUNTY OF ___Dakota___

    Before me, a Notary Public in and for said County and State, personally appeared __Bethany Hood__, __VP__, of Mortgage Electronic Registration Systems, Inc., who acknowledged the signing thereof to be their free and voluntary act and deed and the free act and deed of said corporation.

    IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and affixed my official seal on the day and year last aforesaid.

_____
Notary Public

This instrument was prepared by:



LERNER, SAMPSON & ROTHFUSS
A Legal Professional Association
P.O. Box 5480
Cincinnati, OH 45201-5480