

```
2013082901 47196
Pgs: 2    $32.00      T20130078618
08/29/2013 10:10AM MEPWELLS FARG
Terry J. Brown
Franklin County Recorder
```

Recording Requested By: WELLS FARGO BANK, N.A.
When Recorded Return To: WELLS FARGO BANK, N.A. FINAL DOCUMENTS, PROCESSING
CODE: __Bayview__ MAC X4502-04T PO BOX 1629, MINNEAPOLIS, MN 55440-9790

## CORPORATE ASSIGNMENT OF MORTGAGE

Franklin, Ohio
"SKAGGS"

Date of Assignment: August 14th, 2013
Assignor: WELLS FARGO BANK, N.A. S/B/M WACHOVIA BANK, N.A. at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: BAYVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD, 5TH FL, CORAL GABLES, FL 33146

Executed By: TIMOTHY A SKAGGS, HUSBAND AND WIFE, CARLA J. SKAGGS* To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR SOUTHTRUST MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/29/2004 Recorded: 03/12/2004 in Book: N/A Page: N/A as Instrument No.: 200403120054272 in the County of Franklin, State of Ohio.

Property Address: 3140 PORTMAN RD, COLUMBUS, OH 43232

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $78,500.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

IN WITNESS WHEREOF, the undersigned, by the officer duly authorized, has duly executed the foregoing instrument.

WELLS FARGO BANK, N.A. S/B/M WACHOVIA BANK, N.A.
On __8/16/2013__

By: _____
Juliane Christensen
Vice President Loan Documentation

*TH2*TH2WFEM*08/14/2013 07:59:31 AM* WFEM02WFEMA00000000000000001032435* OHFRANK*
OHSTATE_MORT_ASSIGN_ASSN **XV2WFEM*

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF __Minnesota__
COUNTY OF __Hennepin__

On __AUG 1 6 2013__, before me, __Christine Davis__, a Notary Public in __Hennepin__ County in the State of __Minnesota__, personally appeared __Juliane Christensen__, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

__Christine Davis__
Notary Expires: 0 1 3 1 1 5

CHRISTINE DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2015

(This area for notarial seal)

**Prepared By: TREVOR L HANEY, WELLS FARGO BANK, N.A. 2001 KILLEBREW DRIVE, MAC X4502-04T, BLOOMINGTON, MN 55425 800-328-5074**

*TH2*TH2WFEM*08/14/2013 07:59:31 AM* WFEM02WFEMA00000000000000001032435* OHFRANK* OHSTATE_MORT_ASSIGN_ASSN **XV2WFEM*