Exhibit A-5

2014051500060035
Pgs 2  $32.00  T20140032341
05/15/2014 10:02AM MEPCT LIEN
Terry J Brown
Franklin County Recorder

Recording Requested By: BAYVIEW LOAN SERVICING, LLC
When Recorded Return To: RAMONA CAREAGA, BAYVIEW LOAN SERVICING, LLC 4425 PONCE DE LEON BLVD 5TH FLOOR, CORAL GABLES, FL 33186

## CORPORATE ASSIGNMENT OF MORTGAGE

Franklin, Ohio
SELLER'S SERVICING #:000925844B "SKAGGS"

Date of Assignment: May 12th, 2014
Assignor: BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY at 4425 PONCE DE LEON, SUITE # 400, CORAL GABLES, FL 33146
Assignee: METROPOLITAN LIFE INSURANCE COMPANY at 10 PARK AVENUE, MORRISTOWN, NJ 07962

Executed By: TIMOTHY A SKAGGS, HUSBAND AND WIFE CARLA J. SKAGGS To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS NOMINEE FOR SOUTHTRUST MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/29/2004 Recorded: 03/12/2004 in Book: N/A Page: N/A as Instrument No.: 200403120054272 In the County of Franklin, State of Ohio.

Property Address: 3140 PORTMAN RD, COLUMBUS, OH 43232

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $78,500.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

IN WITNESS WHEREOF, the undersigned, by the officer duly authorized, has duly executed the foregoing instrument.

BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
On 5/12/14

By _____
ROBERT G. HALL, Vice-President

RECORD & RETURN TO:
CT LIEN SOLUTIONS
P.O. BOX [illegible]
[illegible], CA [illegible]

15795

*MP*MPBAYV*05/12/2014 09:39:46 AM* BAYV01BAYVA00000000000000000369157* OHFRANK*
000925844B OHSTATE_MORT_ASSIGN_ASSN **MPBAYV*

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Florida
COUNTY OF Miami-Dade

The foregoing instrument was acknowledged and sworn to and subscribed before me this 5/12/14 by ROBERT G. HALL, Vice-President, on behalf of the corporation.

PERSONALLY KNOWN ✓ OR PRODUCED INDENTIFICATION _____ TYPE OF IDENTIFICATION PRODUCED _____

WITNESS my hand and official seal,

JANE R. DIAZ
Notary Expires: 02/02/2018 #FF 080595

JANE R. DIAZ
MY COMMISSION # FF 080595
EXPIRES: February 2, 2018
Bonded Thru Notary Public Underwriters

(This area for notarial seal)

Prepared By: Mariapuerto, BAYVIEW LOAN SERVICING, LLC. 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146

*MP*MPBAYV*05/12/2014 09:39:46 AM* BAYV01BAYVA00000000000000000369157* OHFRANK* 000925844B OHSTATE_MORT_ASSIGN_ASSN **MPBAYV*