THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIMOTHY ALLEN SKAGGS    :    Case No. 2:16-CV-01099
                        :    Judge: ALGENON L. MARBLEY
v.                      :    Corporate Disclosure Statement
                        :
METROPOLITAN LIFE INSURANCE :
                        :

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

      In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES    ✓ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
_____
_____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES    ✓ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.
_____
_____
_____

s/Lori E. Brown                       12/16/2016
Signature of Counsel                  Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY ALLEN SKAGGS | ) | CASE NO: 2:16-cv-01099 |
| | ) | |
| Plaintiff | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| Defendants | ) | |

I hereby certify that on this 16th day of December, 2016 the Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

Respectfully submitted,

s/Lori E. Brown
**LORI E. BROWN (0071480)**
**GALLAGHER SHARP LLP**
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
(216) 241-5310 Office
(216) 241-1608 Fax
lbrown@gallaghersharp.com
**Attorney for Defendant Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A.**