IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIMOTHY ALLEN SKAGGS,

      Plaintiff,

  v.                            Civil Action 2:16-cv-1099
                                  Judge Algenon L. Marbley
                                  Magistrate Judge Jolson

METROPOLITAN LIFE
INSURANCE COMPANY, et al.,

      Defendants.

## ORDER

On December 22, 2016, Defendant Reimer, Arnovitz, Chernez, & Jeffrey Co., LPA filed an unopposed Motion for a twenty-one day extension to answer Plaintiff's Complaint. (Doc. 12). Then, on December 27, 2016, Defendant Reimer, Arnovitz, Chernez, & Jeffrey Co., LPA filed a Stipulated Extension of Time for a twenty-one day extension pursuant to Local Rule 6.1. (Doc. 16). The Stipulation complies with Rule 6.1(a) and is accordingly accepted by this Court. Defendant Reimer, Arnovitz, Chernez, & Jeffrey Co., LPA's Motion for an extension to answer Plaintiff's Complaint is therefore **DENIED as moot**. (Doc. 12). Defendant Reimer, Arnovitz, Chernez, & Jeffrey Co., LPA shall have until January 17, 2017, to respond to Plaintiff's Complaint.

     IT IS SO ORDERED.


Date:  December 28, 2016                    /s/ Kimberly A. Jolson
                                                KIMBERLY A. JOLSON
                                                UNITED STATES MAGISTRATE JUDGE