IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TIMOTHY ALLEN SKAGGS,**

      **Plaintiff,**

    v.                        Civil Action 2:16-cv-1099
                              Judge Algenon L. Marbley
**METROPOLITAN LIFE**          Magistrate Judge Jolson
**INSURANCE COMPANY, et al.,**

      **Defendants.**

## ORDER

Plaintiff filed its Motion for Leave to File an Amended Complaint (Doc. 63) without evidence of compliance with Local Civil Rule 7.3. The Motion is, therefore, **DENIED** without prejudice.

    IT IS SO ORDERED.


Date: April 3, 2017                /s/ Kimberly A. Jolson
                                        KIMBERLY A. JOLSON
                                        UNITED STATES MAGISTRATE JUDGE